

# Fourth Court of Appeals
## San Antonio, Texas

March 25, 2015

No. 04-15-00150-CR

Billy **BENAVIDEZ**,
Appellant

v.

**THE STATE OF TEXAS,**
Appellee

From the 229th Judicial District Court, Duval County, Texas
Trial Court No. 09-CRD-122
Honorable J. Manuel Banales, Judge Presiding

## O R D E R

Court reporter Ramiro Hernandez, the court reporter responsible for preparing the reporter's record in this appeal, has filed a notification stating that he has been notified by appellant's attorney that appellant filed a notice of appeal. According to Hernandez, appellant has not requested the reporter's record, nor has appellant made arrangements for payment of the record.

We ORDER appellant to file written proof to this court on or before **April 6, 2015** that he has sent a written designation of record to court reporter Ramiro Hernandez and also filed a copy of that designation with the trial court clerk. *See* TEX. R. APP. P. 34.6(b).

Further, we ORDER appellant to provide written proof to this court on or before **April 6, 2015** that either (1) the reporter's fee has been paid or arrangements have been made to pay the reporter's fee; or (2) appellant is entitled to appeal without paying the reporter's fee. If appellant fails to respond within the time provided, appellant's brief will be due within thirty days from the date the clerk's record is filed, and the court will only consider those issues or points raised in appellant's brief that do not require a reporter's record for a decision. *See* TEX. R. APP. P. 37.3(c).

_____
Karen Angelini, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 25th day of March, 2015.

_____
Keith E. Hottle
Clerk of Court